Appellate Division, Second Department. November 21, 1913.) Action by Alexander Dumas, Jr., against the Auburndale Realty Company. No opinion. Motion for reargument (of 143 N. Y. Supp. 1115) denied, with $10 costs.

---

DURYEA et al. v. LIFTCHILD et al. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Appeal from Special Term, Kings County. Action by Louis T. Duryea and others against Elizabeth Liftchild and others, in which the Marketable Title Company is assignee. From an order confirming a referee's report on foreclosure of a mortgage, defendants Frank A. Liftchild and George Liftchild appeal. Modified and affirmed. I. Newton Williams, of New York City, for appellants. Robert S. Kristeller, of New York City, for respondents.

PER CURIAM. George H. Liftchild was incompetent to testify that he received the mortgage from his mother, and the evidence shows that he did receive the mortgages from Williams, with directions to record them so that they would be equal liens, and his assignee is affected by such agreement. The appellants' exceptions to findings of fact Nos. 8 to 16, and conclusions of law Nos. 2, 3, and 4, both inclusive, are sustained, and appellants' proposed findings 2, 3, and 4 and conclusions of law 1 and 2 are found. The order should be modified, so as to provide for the distribution of the surplus pro rata to the holders of the three mortgages, after crediting a payment of $700 on the mortgage of George Liftchild, and, as so modified, affirmed, without costs.

---

DUSENBERRY et al. v. SAGAMORE DEVELOPMENT CO. et al. (Supreme Court, Appellate Division, Second Department. November 28, 1913.) Appeal from Special Term, Westchester County. Action by Charles Dusenberry, Jr., and others, against the Sagamore Development Company and others. From an order granting a preliminary injunction, defendants appeal. Affirmed, as modified. See, also, 157 App. Div. 485, 142 N. Y. Supp. 595. Allan R. Campbell, of New York City, for appellants. John F. Brennan, of Yonkers, for respondents.

PER CURIAM. We do not decide whether the issue of the 175 shares of stock was legal. But four of the plaintiffs hold the overdue mortgage, the bonds will soon mature, and provision must be made for indebtedness. The land is the only recourse, and the 1910 list prices may be prohibitive of sale. The defendants should be allowed to exercise the usual powers in the management of the corporation. It was formed to sell land, and its business is practically suspended by the injunction, and there is menace in the indebtedness. A sense of duty and of their responsibility for improvident action presumably will deter the defendants from wasting the corporate property. The order should be modified, so far as it restrains the sale of land, and, as so modified, affirmed, without costs.

---

DUTCHER, Respondent, v. WANAMAKER, Appellant. (Supreme Court, Appellate Division, Second Department. December 19, 1913.) Action by Rachael Dutcher against John Wanamaker. No opinion. Motion to resettle order denied, without costs. See, also, 154 App. Div. 952, 139 N. Y. Supp. 392.

---

EARLE, Respondent, v. KOHN, Appellant. (Supreme Court, Appellate Division, First Department. December 5, 1913.) Action by Ellis P. Earle against Leo Kohn. S. Rothschild, of New York City, for appellant. R. T. Greene, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

EASLEY, Respondent, v. HOLDON, Appellant. (Supreme Court, Appellate Division, First Department. December 12, 1913.) Action by Annie Easley against Benedict M. Holdon. G. D. Lamb, of New York City, for appellant. I. Cohen of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

EAST v. EAST. (Supreme Court, Appellate Division, First Department. December 12. 1913.) Action by Estella East against Lemuel C. East. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

---

EBBECKE, Appellant, v. INDIA WHARF BREWING CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by Albert A. Ebbeck against the India Wharf Brewing Company. No opinion. Judgment unanimously affirmed, with costs.

---

E. B. LATHAM & CO. v. H. FREYNECHT ELECTRICAL ENGINEERING & CONSTRUCTION CO. et al. (Supreme Court, Appellate Division, Second Department. November 14, 1913.) In the Supplementary proceedings by E. B. Latham & Co. against the H. Freynecht Electrical Engineering & Construction Company and another. No opinion. Motion for stay pending appeal granted.

---

ECKERT v. TRUMAN. (Supreme Court, Appellate Division, Second Department. November 14, 1913.) Action by Claudine Eckert against Clara M. Truman, and another, defendant. No opinion. Motion granted. Settle order before the Presiding Justice. See, also, 143 N. Y. Supp. 1115.

---

EDISON ELECTRIC ILLUMINATING CO. OF BROOKLYN v. HORACE E. FRICK CO. et al. (Supreme Court, Appellate Division, Second Department. December 12, 1913.) Action by the Edison Electric Illuminating Company of Brooklyn against the Horace E. Frick Company and others. No opinion. The decisions as